# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 11, 2024

## NO. 03-23-00318-CV

**Texas Education Agency, State Board for Educator Certification, Mike Morath and Emily Garcia, Appellants**

**v.**

**A+ Texas Teachers (d/b/a Texas Teachers of Tomorrow), Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND SMITH
### DISMISSED ON APPELLEE'S MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on May 10, 2023. A+ Texas Teachers has filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.